# IN THE SUPREME COURT OF ALABAMA



June 7, 2024

SC-2023-0911

Ex parte Costillo Arteen Johnson (In re: Costillo Arteen Johnson v. Alabama Department of Corrections) (Montgomery Circuit Court: CV-23-195).

## **ORDER**

This Court has elected to treat the appeal filed by Costillo Arteen Johnson as a petition for the writ of mandamus. The petition for writ of mandamus in this cause is denied.

MITCHELL, J. -- Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.

**Witness my hand on June 7, 2024.**

*Megan B. Rhodeberk*

**Clerk of Court,
Supreme Court of Alabama**